CLOSED, MDL, STAYED, TRANSFERRED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00256
## Internal Use Only

Resendez et al v. Pfizer Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Janis Graham Jack
Case in other court: 79th District Court of Jim Wells County, Texas, 07-00004-45743
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/05/2007
Date Terminated: 07/24/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Viola Resendez**     represented by   **Kathryn A Snapka**
Snapka & Turman LLP
P O Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Resendez**     represented by   **Kathryn A Snapka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by   **Leslie A Benitez**
Clark Thomas et al
P O Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129 fax
Email: jmh@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk

                                                                                      Clark Thomas & Winters, P.C.
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: ah1@ctw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jacqueline Guerrero**

**Defendant**
**Bob Davis**

**Defendant**
**Jeanne L. Jalufka**                    represented by **Kenneth J Ferguson**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: kjf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Kyle M. Nelson**

**Defendant**
**Jason D. Hahn**

**Defendant**
**Robert G. Vial**                        represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Kathryn K. Truitt**

**Defendant**
**Kari A. McLuhan**

**Defendant**
**Reynaldo Riojas**

**Defendant**
**Francisco Meza**

**Defendant**
Jack Barineau

**Defendant**
Erica Zeplin                          represented by **Kenneth J Ferguson**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**
Deborah Quinones

**Defendant**
W. Lance Goodson                      represented by **Leslie A Benitez**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**
Keely Rodriguez

**Defendant**
Leah Silva

**Defendant**
Daniel Ponce

**Defendant**
Celeste Escobar

**Defendant**
Jill Guidry

**Defendant**
Daniel Townsend

**Defendant**
Lynsey Adame                          represented by **Kenneth J Ferguson**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2007 | 1 | NOTICE OF REMOVAL from 79th Judicial District Court of Jim Wells County, Texas, case number 07-04-45743 (Filing fee $ 350 receipt number 2739223) filed by Pfizer Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1 through 5# 3 Exhibit 6(A) through 6(U)# 4 Exhibit 7(A) through 7(M)) (Benitez, Leslie) (Entered: 06/05/2007) |
| 06/05/2007 | 2 | DEMAND for Trial by Jury by Pfizer Inc., filed.(Hutton, John) (Entered: 06/05/2007) |
| 06/05/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc., filed. (Ferguson, Kenneth) (Entered: 06/05/2007) |
| 06/22/2007 | 4 | ANSWER to 1 Complaint with Jury Demand by Robert G. Vial, Erica Zeplin, Lynsey Adame, Jeanne L. Jalufka, filed.(Benitez, Leslie) (Entered: 06/22/2007) |
| 06/29/2007 | 5 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/26/2007 at 01:15 PM before Judge Janis Graham Jack. (Attachments: # 1) Parties notified.(sscotch, ) (Entered: 06/29/2007) |
| 07/03/2007 | 6 | MOTION to Stay by Pfizer Inc., filed. Motion Docket Date 7/23/2007. (Attachments: # 1 Exhibit 1 through 13# 2 Proposed Order)(Benitez, Leslie) (Entered: 07/03/2007) |
| 07/03/2007 | 7 | Opposed MOTION to Remand by all plaintiffs, filed. Motion Docket Date 7/23/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order Granting Motion to Remand)(Snapka, Kathryn) (Entered: 07/03/2007) |
| 07/05/2007 | 8 | ORDER granting 6 Motion to Stay; denying 7 Motion to Remand.( Signed by Judge Janis Graham Jack ) Parties notified.(lcayce, ) (Entered: 07/05/2007) |
| 07/05/2007 | | ***Deadlines terminated. (sscotch, ) (Entered: 07/23/2007) |
| 07/24/2007 | 9 | JPML CONDITIONAL TRANSFER ORDER (73) (certified copy) transferring case to Northern to be included in MDL Docket No. 05-1699. Case terminated on 7/24/07. Parties notified. (ltrevino, ) (Entered: 07/24/2007) |
| 07/24/2007 | | Interdistrict transfer to Northern District. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter, filed. (ltrevino, ) (Entered: 07/24/2007) |